UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS MCFARLAND, | No. 2:16-cv-2583-EFB P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 27, 2016, an action was opened in the Sacramento division of this court when the United States Court of Appeals, in case number 16-72465, transferred petitioner's habeas petition, dated July 14, 2016, to this court. *McFarland v. State of California*, No. 2:16-cv-2568-EFB (E.D. Cal.), ECF No. 2.   On the same day, this action was opened in the Fresno division of this court, based upon the same order from the Court of Appeals.  ECF No. 2.  Upon review, it appears that this action was opened as a new case in error.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to close this action.

DATED:  November 3, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE